IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MERIDIAN BANK,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **SANDY SPRING BANK et al.,** | : | NO.  22-3951 |
| *Defendants* | : | |

## ORDER

AND NOW, this 29th day of November, 2023, upon consideration of the renewed Motion to Dismiss (Doc. No. 50) filed by defendants Mr. Hollensteiner and Sandy Spring Bank, and all responses thereto, it is **ORDERED** that the Motion (Doc. No. 50) is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1